USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1580 DANNY M. ROSS, Plaintiff, Appellant, v. STRATUS COMPUTER, INC., Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] Before Selya, Stahl and Lynch, Circuit Judges.   Danny M. Ross on brief pro se. William J. Brisk on brief for appellee.December 18, 1998   Per Curiam. Plaintiff appeals an adverse summary judgment dismissing his claims of discriminatory harassment and constructive discharge from his employment. The district court granted summary judgment on the ground that even if plaintiff could establish a prima facie case of discrimination, he had failed to offer minimally sufficient proof that the employer's articulated, non-discriminatory reasons for its disciplinary actions constituted a pretext, and that the real reason was prohibited discrimination.  Reviewing the judgment de novo, in light of the parties' briefs and the entire record, we agree with the district court's determination. We also find no error in the denial of plaintiff's motions for a default judgment, and for an appointment of counsel. Plaintiff's other assignments of error require no comment. Affirmed. See Loc. R. 27.1           -2-